LAW OFFICES OF LYNN HUBBARD
Lynn Hubbard, III (State Bar No. 69773
Scottlynn J. Hubbard, IV (State Bar No. 212970
12 Williamsburg Lane
Chico, California 95626

Attorneys For Plaintiff BYRON CHAPMAN


SEYFARTH SHAW LLP
Todd C. Hunt (State Bar No. 174449)
*thunt@seyfarth.com*
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 282-6907

SEYFARTH SHAW LLP
Kristina M. Launey (State Bar No. 221335)
*klauney@seyfarth.com*
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
TA OPERATING LLC and TEJON INDUSTRIAL CORP.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT FRESNO

| | |
|---|---|
| BYRON CHAPMAN, <br><br>    Plaintiff, <br><br>    v. <br><br> TA OPERATING, LLC dba ARVIN TRAVEL CENTER; TEJON INDUSTRIAL CORP., <br><br>    Defendants. | Case No. 1:09-CV-01335-OWW-DLB <br><br> [HON. OLIVER W. WANGER] <br> CRTM 3 <br><br> **STIPULATION OF DISMISSAL AND ORDER THEREON** <br><br> *Complaint Filed: July 29, 2009* |

| | |
|---|---|
| 1 | **TO THE COURT AND ALL PARTIES:** |
| 2 | Pursuant to an agreement between plaintiff, BYRON CHAPMAN, and defendants, TA |
| 3 | OPERATING, LLC and TEJON INDUSTRIAL CORP., and pursuant to Fed. R. Civ. P. |
| 4 | 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above- |
| 5 | entitled action. |
| 6 | |
| 7 | DATED: March 25, 2010                    SEYFARTH SHAW LLP |
| 8 | |
| 9 | By   /s/ Lynn Hubbard, III   |
|   | Lynn Hubbard, III |
|   | Attorneys for Plaintiff |
| 10 | BYRON CHAPMAN . |
| 11 | |
| 12 | DATED: March 25, 2010                    SEYFARTH SHAW LLP |
| 13 | |
| 14 | By  /s/ Todd C. Hunt   |
|   | Todd C. Hunt |
|   | Kristina M. Launey |
| 15 | Attorneys for Defendants |
| 16 | TA OPERATING LLC and TEJON INDUSTRIAL CORP. |
| 17 | |
| 18 | **ORDER** |
| 19 | |
| 20 | IT IS HEREBY ORDERED that the complaint of plaintiff in USDC Case No. 1:09-CV- |
| 21 | 01335-OWW-DLB is hereby dismissed with prejudiced |
| 22 | |
| 23 | |
| 24 | DATED: March 25, , 2010                    /s/ OLIVER W, WANGER   |
|   | UNITED STATES DISTRICT COURT JUDGE |

---

1

STIPULATION OF DISMISSAL AND ORDER THEREON

Case No. 1:09-CV-01335-OWW-DLB

12192416v.1