LAW OFFICES OF LYNN HUBBARD
Lynn Hubbard, III (State Bar No. 69773
Scottlynn J. Hubbard, IV (State Bar No. 212970
12 Williamsburg Lane
Chico, California 95626

Attorneys For Plaintiff BYRON CHAPMAN


SEYFARTH SHAW LLP
Todd C. Hunt (State Bar No. 174449)
*thunt@seyfarth.com*
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 282-6907

SEYFARTH SHAW LLP
Kristina M. Launey (State Bar No. 221335)
*klauney@seyfarth.com*
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
TA OPERATING LLC and TEJON INDUSTRIAL CORP.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT FRESNO

| | |
|---|---|
| BYRON CHAPMAN | Case No. 1:09-CV-01335-OWW-DLB |
| Plaintiff, | [HON. OLIVER W. WANGER] |
| | CRTM 3 |
| v. | |
| TA OPERATING, LLC dba ARVIN TRAVEL CENTER; TEJON INDUSTRIAL CORP., | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| Defendants. | |
| | *Complaint Filed: July 29, 2009* |

STIPULATION OF DISMISSAL AND ORDER THEREON

Case No. 1:09-CV-01335-OWW-DLB

12192416v.1

**TO THE COURT AND ALL PARTIES:**

Pursuant to an agreement between plaintiff, BYRON CHAPMAN, and defendants, TA OPERATING, LLC and TEJON INDUSTRIAL CORP., and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

DATED:  March 25, 2010                                SEYFARTH SHAW LLP

                                                                    By    /s/ Lynn Hubbard, III
                                                                            Lynn Hubbard, III
                                                                    Attorneys for Plaintiff
                                                                    BYRON CHAPMAN .

DATED:  March 25, 2010                                SEYFARTH SHAW LLP

                                                                    By   /s/ Todd C. Hunt
                                                                            Todd C. Hunt
                                                                            Kristina M. Launey
                                                                    Attorneys for Defendants
                                                                    TA OPERATING LLC and TEJON
                                                                    INDUSTRIAL CORP.

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff in USDC Case No. 1:09-CV-01335-OWW-DLB is hereby dismissed with prejudiced

DATED: March 25, , 2010                              /s/ OLIVER W, WANGER
                                                                    UNITED STATES DISTRICT COURT JUDGE

---

1

STIPULATION OF DISMISSAL AND ORDER THEREON

Case No. 1:09-CV-01335-OWW-DLB

12192416v.1